# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION, IN
THE MATTER OF IMPLEMENTING THE
INFRASTRUCTURE INVESTMENT AND JOBS ACT:
PREVENTION AND ELIMINATION OF DIGITAL
DISCRIMINATION, REPORT AND ORDER, AND FURTHER
NOTICE OF PROPOSED RULEMAKING, FCC 23-100,
RELEASED NOVEMBER 20, 2023                                    **MCP No. 177**

(SEE ATTACHED SCHEDULE)

**CONSOLIDATION ORDER**

The Federal Communications Commission, filed an Order dated November 20, 2023. On February 7, 2024 the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in six circuit courts of appeal as follows: Fifth Circuit Court, Sixth Circuit Court, Eighth Circuit Court, Ninth Circuit Court, Eleventh Circuit Court, and District of Columbia Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the Eighth Circuit Court in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Eighth Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

_Shawnte McGee_
Shawnte McGee; Case Administrator
Random Selector

_Ajonee Miller_
Ajonee Miller; Case Administrator
Witness

IN RE: FEDERAL COMMUNICATIONS COMMISSION, IN
THE MATTER OF IMPLEMENTING THE
INFRASTRUCTURE INVESTMENT AND JOBS ACT:
PREVENTION AND ELIMINATION OF DIGITAL
DISCRIMINATION, REPORT AND ORDER, AND FURTHER
NOTICE OF PROPOSED RULEMAKING, FCC 23-100,
RELEASED NOVEMBER 20, 2023                                    **MCP No. 177**

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
| --- | --- |
| Fifth Circuit, No. 24-60048 | Chamber of Commerce of the USA, et al. V. FCC, et al. |
| Fifth Circuit, No. 24-60048 | Texas Cable Association v. FCC, et al. |
| Sixth Circuit, No. 24-3072 | Ohio Telecom Association v. FCC, et al. |
| Sixth Circuit, No. 24-3074 | Ohio Cable Telecommunications Association v. FCC, et al. |
| Eighth Circuit, No. 24-1179 | Minnesota Telecom Alliance v. FCC, et al. |
| Eighth Circuit, No. 24-1183 | MCTA - The Missouri Internet & Television Association v. FCC, et al. |
| Ninth Circuit, No. 24-554 | Media Alliance and Great Public Schools Now v. FCC, et al. |
| Eleventh Circuit, No. 24-10291 | Florida Internet & Television Association v. FCC, et al. |
| Eleventh Circuit, No. 24-10292 | Broadband Association of Alabama and Mississippi v. FCC, et al. |
| DC Circuit, No. 24-1015 | Benton Institute for Broadband & Society v. FCC, et al. |